E-FILED
Monday, 08 March, 2010  10:54:07 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

**Dwayne Griffin**

     vs.　　　　　　　　　　　　　　　　　　　　　　　　Case Number: **09-1366**

**George W. Bush, et al.**

## ORDER

     Pursuant to the **1/20/10** mandate, in appellate case number **09-4115**, from the United States Court of Appeals, Seventh Circuit **[16]**, the agency having custody of the plaintiff, **Dwayne Griffin,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 8th day of March, 2010

                                                    __s/Harold A. Baker_____
                                                    HAROLD A. BAKER
                                                    U.S. District Judge